# United States District Court

CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 1 9 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JASON M. KENNEDY

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-MJ-6057

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __December 13, 2005__ in __Peoria and Tazewell__ counties, in the

____Central____ District of ____Illinois____ defendant, (Track Statutory Language of Offense)

Used the Internet, a means of interstate commerce, to knowingly persuade, induce, and entice a minor to engage in sexual activity, which would constitute a violation of Illinois Criminal Code, 720 ILCS 5/12-16(d)

in violation of Title __18__ United States Code, Section(s) __2422(b)__.

I further state that I am a(n) __Special Federal Officer with the Federal Bureau of Investigation__ and that this Complaint is based on the following facts:

See attached Affidavit in support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

s/Agent
Signature of Complainant
James C. Feehan
Special Federal Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

December 19, 2005                    at   Peoria, Illinois
Date                                      City and State

John A. Gorman
United States Magistrate Judge              s/ John A. Gorman
Name & Title of Judicial Officer             Signature of Judicial Officer

# AFFIDAVIT

I, James C. Feehan Jr., being duly sworn hereby depose and say:

1. I am a detective with the Peoria Police Department, located in Peoria, Illinois and have been employed there from April 27, 1998 to present. I am also a Special Federal Officer through the sponsorship of the Federal Bureau of Investigation. I am also a member of the United States Attorney's Office Central Illinois Cyber crime Unit based in Peoria, Illinois. I have received extensive training in criminal investigations, computer crime investigations, computer forensic exams, identity theft, fraud, and child pornography investigations. In addition, I am an EnCE certified computer forensic examiner. I have conducted numerous investigations, state and federal, involving computer crimes, identity theft, fraud, and child pornography resulting in arrests and seizures. I have also been involved in the execution of numerous search warrants.

2. This affidavit is based upon information I have gained from my investigation, my training and experience and information provided to me by U.S. Secret Service Special Agent Brad Beeler. I have not included every detail concerning the case; only the facts I feel are relevant to establish probable cause for arrest for violations of Title 18 USC section 2422(b), which makes it a violation for anyone to use the Internet to knowingly persuade, induce, entice or coerce someone who has not attained the age of 18 years to engage in any sexual activity for which that person could be charged with a criminal offense. Pursuant to the Illinois criminal code, specifically 720 ILCS 5/12-16(d), a person commits aggravated criminal sexual abuse if that person commits an act of sexual penetration or sexual conduct with a person who is at least 13 years of age but under 17 years of age and the accused was at least 5 years older than the victim.

3. Yahoo Incorporated chat servers are located in Sunnyvale, California.

1

4. On Tuesday, December 13, 2005, an online undercover operation using the screen name of Jessica_w_1991@Yahoo.com (Jessica) was conducted in Yahoo.com chat rooms. While in a Yahoo romance/Illinois chat room an individual with the screen name of "utk3003" made contact with Jessica at approximately 5:00 PM. Utk3003 began the chat by stating "hello, how are you?". As the chat continued, utk3003 asked Jessica how old she was. Jessica replied "14". The chat was saved after the conversation ended.

5. During the chat conversation with utk3003, Jessica sent two photographs of herself to utk3003. These photographs were titled me.jpg and sexy.jpg and were actually of Peoria Police Detective Kathryn Baer when she was 14 or 15 years old. Utk3003 sent a photo titled image007.jpg to Jessica claiming the photo was of him.

6. At approximately 5:40 PM the conversation ended with utk3003 asking Jessica to meet him at Northwoods Mall in Peoria where they would walk to the Super 8 motel nearby and rent a room. The two would then engage in protected sexual intercourse, using a condom.

7. At approximately 5:50 PM, SFO James C. Feehan, and Peoria Police Detectives Richard Ledbetter, Shannon Walden and Matt Ray all responded to Northwoods Mall, 2200 West War Memorial Drive, in Peoria Illinois. Agents set up surveillance around the area of Famous Barr and Campus Town on the lower level where the meeting was to take place. Agents requested that Peoria Police dispatch contact all of the local taxicab companies and request information regarding any transports from East Peoria to the Northwoods Mall with in the past hour. Dispatch advised that Elite taxi had picked up an individual and was en-route to the mall from 340 Juniper Lane in East Peoria.

8. At approximately 6:52 PM, a white male with short brown hair and goatee, wearing blue jean pants and a gray sweatshirt with a hood, arrived alone and sat

down on a bench out side of Campus Town. The male appeared to be the same male as in the photo sent by utk3003. Agents approached the male and after providing the male the agent's identity, the male introduced himself as Jason M. Kennedy.

9. Kennedy informed agents that he was just hanging out until he went back to work at the Super 8 motel in Peoria. Kennedy was shown the photograph that had been sent by utk3003 and was asked if he recognized the photograph. He responded that the photograph was his and that he knew why we were there. Kennedy stated that he had a chat through yahoo with a 14 year female named Jessica. Kennedy agreed to meet Jessica at the mall.

10. Kennedy was then placed into handcuffs and a search of his person conducted. In Kennedy's right front pocket were two Lifestyle condoms. When these were located, he responded that he intended on using them with Jessica at the hotel room. Kennedy was also carrying a white plastic grocery bag, which contained deodorant, clean socks and other similar items for his stay overnight at the hotel. Kennedy was later transported to the Peoria Police Department for a subsequent interview.

11. Jason M. Kennedy was born July 07, 1980 and is currently 25 years old.

12. At approximately 7:25 PM, an interview was conducted of Kennedy while he was in custody at the Peoria Police Department. Kennedy was provided with MIRANDA and he agreed to speak with agents.

13. Kennedy currently lives with his parents, Jim and Valarie Kennedy, in their basement. Kennedy is employed by Super 8 motel in Peoria as maintenance personnel.

3

14. Kennedy owns a computer that is located in his bedroom in the basement of his parent's house. No other individuals use this computer. Kennedy accesses the Internet using InsightBB cable service and uses utk3003@Yahoo.com, JasonK235@Yahoo.com, freezermen224@yahoo.com and JasonK235@Insightbb.com.

15. On December 13, 2005, at approximately 5:00 PM, Kennedy was logged into Yahoo chats in a romance/Illinois room as utk3003 when he noticed the user titled Jessica_W_1991 in the same chat room. Kennedy made contact with Jessica by sending her a private instant message. Jessica informed Kennedy that she was 14 years old and lived in Peoria by the Northwoods mall. Kennedy believed that Jessica was a real 14 year-old girl when he asked her if she would be willing to meet him to have sex. After Jessica agreed, Kennedy asked Jessica to meet him at the Northwoods Mall by Campus Town on the lower level.

16. Kennedy called Elite Taxi of Peoria and requested a cab ride from his parent's house in East Peoria to the mall. After arriving at the mall, Kennedy walked to the campus town area on the lower level of the mall to meet Jessica, as agreed upon. Kennedy planned on meeting Jessica at the mall, then walking with her to the Super 8 motel where he would obtain a hotel room. Once in the room, Kennedy intended on having protected sexual intercourse with Jessica. When finished, he would walk Jessica back to her house. He would then return to the hotel where he would spend the night until he went into work the next morning.

17. Kennedy archives all of his yahoo chats on his computer. Kennedy currently possesses several videos of 13 and or 14 year old minors engaged in sexual intercourse with adult males. Kennedy believes that these videos depict real children and are not computer- generated videos. It is his belief that the minors in these videos are 13 and 14 years of age because of the file names indicating such. Kennedy received these videos after he searched for this type of material using Bear Share, a common public file sharing program easily obtained on the Internet.

18. Kennedy gave agents consent to search his bedroom and his personal computer, located at 340 Juniper Lane, in East Peoria, Illinois. At approximately 8:45 PM, a search was conducted of Kennedy's bedroom while Kennedy and his father were present. Taken during the search was a home-made computer tower, various compact discs, various 1.4 MB floppy disks and one Zip disk.

19. When the search was completed, Kennedy agreed to meet with agents at a later date to take a polygraph exam regarding the answers he had provided agents. The seized items were transported to the Central Illinois Cyber-Crime Unit office.

20. A polygraph examination was requested using agents from the United States Secret Service unit in Chicago. The exam was scheduled for Monday, December 19, 2005 at 11 am at the U.S. Attorney's Office in Peoria, Illinois.

21. A telephone call was made to Kennedy on his cell phone. Kennedy answered and was informed of the identity of the interviewing agent. Kennedy agreed to meet at the scheduled time for the polygraph examination.

22. An initial computer forensic exam of the hard drive indicated that Kennedy possessed approximately 62 files depicting child pornography. The files were acquired by Kennedy using Bear-Share, a file-sharing program, easily available on the Internet.

23. On Monday, December 19, 2005 at approximately 11:00 AM, Kennedy arrived at the U.S. Attorney's Office for the scheduled interview and polygraph conducted by Special Agent Brad Beeler with the U.S. Secret Service. During the interview, Kennedy provided Agent Beeler with information indicating that Kennedy had met with minors, specifically 14 to 16 year old females. Kennedy also revealed that he had met these minors on the Internet and in person, engaging in sexual intercourse with them while in the Central District of Illinois.

**FURTHER AFFIANT SAYETH NOT:**

s/Agent
_____
James C Feehan Jr., Special Federal Officer
Peoria Police Department,
Federal Bureau of Investigation, Central Illinois Cyber-crime Unit


Sworn and subscribed to before me on ___12-19___, 2003.

s/ John A. Gorman
_____
JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

6